UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARK I. GAVER,

Plaintiff,

v. Case No. 2:26-cv-2281-KCD-KRH

AMIRA FOX, et al.,

Defendants.
_______________________________________/

**ORDER**

Plaintiff Mark Ian Gaver initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983. (Doc. 1.) Gaver is an inmate at the Federal Correctional Institution, Miami Low, and he generally alleged constitutional violations arising from a detainer lodged against him relating to a Lee County Circuit Court criminal case. In accordance with the screening requirements of 28 U.S.C. § 1915A, the Court dismissed the complaint for failure to state a claim on which relief could be granted. (Doc. 9.) The Court directed Gaver to amend his complaint to correct the deficiencies within twenty-one days. (Doc. 9.)

The order was mailed to Gaver's address of record and was not returned undeliverable. Nonetheless, he did not file an amended complaint or seek an extension of the deadline for doing so, and the September 26, 2026 deadline for amendment has passed. *See* Fed. R. Civ. P. 6(a)(1)(A), (d) (explaining that the deadline set by an order is computed by excluding the day of the event that triggers the period and adding three days to the deadline if the order was delivered by mail).

As a result, the Court's screening order (Doc. 9) became a final judgment on Monday, September 26, 2026. *See Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 719–20 (11th Cir. 2020) ("[A]n order dismissing a complaint with leave to amend within a specified time becomes a final judgment if the time allowed for amendment expires without the plaintiff [amending the complaint or] seeking an extension.").

Accordingly:

1. This case is **DISMISSED without prejudice.**
2. The Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending motions and deadlines, and close the case.

**ORDERED** in Fort Myers, Florida, on October 5, 2026.

Kyle C. Dudek
United States District Judge